UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

      NADAV PROPERTIES LLC,            Cast No: 818-70455-reg

                      Debtor.                  Chapter 11
-------------------------------------------------------------X

## ORDER CONVERTING THIS CHAPTER 11 CASE
## TO ONE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

WHEREAS, on January 22, 2018, the Court issued a notice of hearing to consider dismissal or conversion of the debtor's chapter 11 case in the event that the debtor failed to retain legal representation in this proceeding ("Motion"); and

WHEREAS, a hearing on the Motion was held on February 14, 2018 ("Hearing"); and

WHEREAS, the United States Trustee having appeared at the Hearing; and

WHEREAS, Nadav Properties LLC (the "Debtor") having failed to retain legal counsel or appear at the Hearing;

WHEREAS, the Court having found that sufficient notice was given to the Debtor; and

WHEREAS, the Court having further found that grounds exist to convert this chapter 11 case to one under chapter 7 of the Bankruptcy Code, it is hereby

ORDERED, that this case commenced under chapter 11 of the Bankruptcy Code hereby is converted to a case under chapter 7, and it is further

ORDERED, that the Debtor shall file with the Court the schedule of post-petition debts required by Federal Rule of Bankruptcy Procedure 1019(5) so as to be received no later than fifteen days from the date hereof, and it is further

ORDERED, that the Debtor shall, pursuant to Federal Rule of Bankruptcy Procedure 9001(5) perform all acts required of the Debtor, and it is further

ORDERED, that the Debtor hereby is directed to appear at the meeting scheduled in the converted case pursuant to 11 U.S.C. §341(a) and at any adjournments thereof, and it is further

ORDERED, that the Debtor shall preserve any and all books and records and make them available to the trustee forthwith.



Dated: Central Islip, New York
February 16, 2018

Robert E. Grossman
United States Bankruptcy Judge