UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
*In re*:                                                                    Chapter 7

NADAV PROPERTIES, LLC,
                                                                                    Case No. 8-18-70455-reg
                                              Debtor.
--------------------------------------------------------X

## **ORDER**

Upon the application (the "Application"), dated March 8, 2018 of Robert L. Pryor, Esq., interim Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Nadav Properties, LLC (the "Debtor"), by his attorneys, Pryor & Mandelup, L.L.P., for the entry of an Order: (i) pursuant to Bankruptcy Rule 9001(5), designating Itzhak Hershko, Secretary of Debtor, as the Debtor/Responsible Party in Debtor's bankruptcy case for all purposes and directing him to fulfill the duties of the Debtor as outlined in 11 U.S.C. §§ 521 and 341, and Bankruptcy Rules 1007, 2003(b)(1) and 4002, including, but not limited to, preparing and filing all requisite bankruptcy schedules and statements, appearing at an adjourned meeting of creditors pursuant to 11 U.S.C. § 341(a), and, cooperating with the Trustee's requests for information and documentation as he administers Debtor's bankruptcy estate, and (ii) granting such other and further relief this Court deems just and proper; and a hearing having been held before the Honorable Robert E. Grossman, United States Bankruptcy Judge, on April 9, 2018, to consider the Trustee's Application; and the Trustee, by his attorneys, Pryor & Mandelup, LLP, by J. Logan Rappaport, Esq. having appeared; and no opposition having been interposed or heard; and notice of the Trustee's Application being deemed good and sufficient; and due deliberation having been had and sufficient cause appearing therefore, now, it is hereby

**ORDERED**, that the Trustee's Application is granted; and it is further

**ORDERED**, that Itzhak Hershko be and hereby is designated as the Debtor/Responsible Party ("Debtor Designee") in the above-captioned bankruptcy case for all purposes, pursuant to Rule 9001(5) of the Bankruptcy Rules; and it is further

**ORDERED**, that the Debtor Designee shall fulfill the duties of the Debtor under 11 U.S.C. §§ 521 and 341 and Bankruptcy Rules 1007 and 4002 and all other relevant provisions of the Bankruptcy Code and Bankruptcy Rules and shall cooperate with the Trustee in his administration of the Debtor's bankruptcy case; and it is further

**ORDERED**, that the Debtor Designee shall appear at the next adjourned meeting of creditors pursuant to 11 U.S.C. § 341(a) that the Trustee is holding, to be examined by the Trustee and any creditors that may appear thereat; and it is further

**ORDERED**, that the Debtor Designee shall within two (2) weeks of the entry of this Order, file all schedules and statements required of a debtor in bankruptcy, including Schedule "A", Schedule "B", Schedule "D", Schedule "E", Schedule "F", Schedule "G", Schedule "H", Schedule "I", Schedule "J", and the Statement of Financial Affairs, and provide the Trustee with any and all other information the Trustee deems necessary to the administration of the Estate.



_____

**Dated: Central Islip, New York**  **Robert E. Grossman**
        **April 12, 2018**             **United States Bankruptcy Judge**